Grivance                                    10/14/14

To whom it may concern:

    I Rhiannon Montoya would like to report inappropriate conduct done to me by correctional officer Orlando Ulibarri during my time of incarceration at Rio Arriba County Jail. On or about the month of March, 2013, Correction officer Orlando Ulibarri misused his position + authority in order to perform sexual acts on me. I was working in the laundry room doing laundry while I was approached by Correction officer Orlando Ulibarri who then started makeing Sexual advances at me, which involved touching and grabbing at me and my body including my breast area as well as my vaginal area. I then told him to stop and not to touch me he did leave after he was done. I requested to speak with someone about the issue but got no response to help me resolve it.

Received Jan 5, 2015 through certified mail

Rhiannon Montoya

EXHIBIT 4