**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

RHIANNON MONTOYA,

      Plaintiff,

vs.                                    Cause No. 1:16-CV-00253 JCH/GBW

BOARD OF COUNTY COMMISSIONERS FOR
RIO ARRIBA COUNTY, RIO ARRIBA COUNTY
and LARRY DeYAPP, JOSE LUIS GALLEGOS
and ORLANDO ULIBARRI, in their individual
and official capacity,

      Defendants.

**<u>MOTION FOR WRIT OF HABEAS CORPUS  AD TESTIFICANDUM</u>**

**COMES NOW**, the parties and hereby move this Court for a Writ of *Habeas Corpus as Testificandum*, to have the New Mexico Department of Corrections or Warden Monica Wetzel, New Mexico Women's Correctional Facility at 1700 East Old Highway 66, Grants, New Mexico 87020, to surrender inmate **RHIANNON MONTOYA, #78815**, to the United States Marshal or his Deputy for transport to the United State Courthouse, 100 N. Church Street, Las Cruces, New Mexico, in order that she may participate in a Settlement Conference in this case on October 18, 2016 at 10:30 a.m. before United States Magistrate Judge Gregory B. Wormuth, and then the United States Marshal is directed to return **RHIANNON MONTOYA, #78815**, to the custody of the New Mexico Women's Correctional Facility, 1700 East Old Highway 66, Grants, New Mexico 87020, the facility from which she was transported, upon the conclusion of the Settlement Conference or upon the Court's direction.

**WHEREFORE** the parties request that this Court issue a Writ of *Habeas Corpus as Testificandum*, for the New Mexico Department of Corrections or Warden Monica Wetzel, New Mexico Women's Correctional Facility at 1700 East Old Highway 66, Grants, New Mexico

87020, to surrender inmate **RHIANNON MONTOYA, #78815**, to the United States Marshal or his Deputy for transport to the United State Courthouse, 100 N. Church Street, Las Cruces, New Mexico, in order that she may participate in a Settlement Conference in this case on October 18, 2016 at 10:30 a.m. before United States Magistrate Judge Gregory B. Wormuth, and then to have the United States Marshal return **RHIANNON MONTOYA, #78815**, to the custody of the New Mexico Women's Correctional Facility, 1700 East Old Highway 66, Grants, New Mexico 87020, the facility from which she was transported, upon the conclusion of the Settlement Conference or upon the Court's direction.

Respectfully submitted;

SANCHEZ LAW GROUP, LLC.,

/s/ *Daniel J. Sanchez*
Daniel J. Sanchez
Daniel A. Sanchez
*Attorneys for Plaintiff*
620 Roma Ave. NW
Albuquerque, NM  87102
(505) 553-0466/FAX(505) 246-2668
djsanchezesq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2016 the foregoing *Motion for Writ of Habeas Corpus as Testificandum*,  , were emailed and delivered to:

Robert W. Becker, Esq.
Attorney for the Defendants
Yenson, Allen & Wosick, P.A.
4908 Alameda Blvd NE
Albuquerque, New Mexico 87113-1736

James P. Sullivan, Esq.
Frank D. Weissbarth, Esq.
Attorneys for Defendant Ulibarii
128 E. De Vargas Street
Santa Fe,  New Mexico 87501-2702