# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RHIANNON MONTOYA,

     Plaintiff,

v.                                   Case No. 16-cv-253 JCH/GBW

BOARD OF COUNTY COMMISSIONERS
FOR RIO ARRIBA COUNTY, *et al.*,

     Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement agreement at the settlement conference held on October 28, 2016.  Per their agreement, the specific settlement amount was contingent on the outcome of polygraph proceedings, the results of which were provided to the Court on January 19, 2017.  Accordingly, IT IS HEREBY ORDERED that closing documents be filed by Plaintiff no later than **February 18, 2017**, absent a request showing good cause for an extension.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE