IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RHIANNON MONTOYA,

      Plaintiff,

vs.                                     Cause No. 1:16-CV-00253 JCH/GBW

BOARD OF COUNTY COMMISSIONERS FOR
RIO ARRIBA COUNTY, RIO ARRIBA COUNTY
and LARRY DeYAPP, JOSE LUIS GALLEGOS
and ORLANDO ULIBARRI, in their individual
and official capacity,

      Defendants.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**
## **OF ALL CLAIMS AGAINST DEFENDANTS**
## **LAWRENCE DEYAPP AND JOSE JUIS GALLEGOS**

      COMES NOW Plaintiff, Rhiannon Montoya, by and through her counsel, and pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), hereby stipulates to dismissing with prejudice any and all claims asserted against Defendants Lawrence DeYapp and Jose Luis Gallegos.  In accordance with said Rule, this stipulation of dismissal with prejudice has been signed by counsel for all parties who have appeared herein.  Each party shall bear their own costs.

Respectfully submitted,

SANCHEZ LAW GROUP, LLC


**/s/ Daniel J. Sanchez**
Daniel J. Sanchez, Esq.
Daniel A. Sanchez, Esq.
*Attorneys for Plaintiff*
620 Roma, NW
Albuquerque, NM  87102
(505) 553-0466
djsanchezesq@gmail.com
dansanchez911@gmail.com


YENSON, ALLEN & WOSICK, P.C.

**/s/ Robert W. Becker**
Robert W. Becker, Esq.
*Attorney for Defendants Board of County Commissioners for Rio Arriba County, Rio Arriba County, Larry DeYapp and Jose Luis Gallegos*
4908 Alameda Blvd NE
Albuquerque, NM  87113-1736
(505) 266-3995
rbecker@ylawfirm.com


BRENNAN & SULLIVAN, P.A.


**/s/ James P. Sullivan**
James P. Sullivan, Esq.
Christina L. Brennan, Esq.
Frank D. Weissbarth, Esq.
*Attorneys for Defendant Orlando Ulibarri*
128 E. De Vargas Street
Santa Fe, NM  87501-2702
(505) 995-8514
jamie@brennsull.com
christina@brennsull.com
frank@brennsull.com