IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RHIANNON MONTOYA,

    Plaintiff,

vs.                            Cause No. 1:16-CV-00253 JCH/GBW

BOARD OF COUNTY COMMISSIONERS FOR
RIO ARRIBA COUNTY, RIO ARRIBA COUNTY
and LARRY DeYAPP, JOSE LUIS GALLEGOS
and ORLANDO ULIBARRI, in their individual
and official capacity,

    Defendants.

### JOINT MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANTS LAWRENCE DEYAPP AND JOSE LUIS GALLEGOS

    COMES NOW Plaintiff, Rhiannon Montoya, by and through her counsel of record, Daniel J. Sanchez and Daniel A. Sanchez, and Defendants Board of County Commissioners for the County of Rio Arriba, Rio Arriba County, Lawrence DeYapp and Jose Luis Gallegos, by and through their counsel of record, Yenson, Allen & Wosick, P.C. (Robert W. Becker, appearing), and Defendant Orlando Ulibarri, by and through his counsel of record, Brennan & Sullivan, P.A. (James P. Sullivan, Christina L. Brennan and Frank D. Weissbarth, appearing), and move this Court for an order dismissing all claims with prejudice against Defendants Lawrence DeYapp and Jose Luis Gallegos. As grounds for this motion, the parties state as follows:

    1.    Pursuant to Fed.R.Civ.P. 41, the parties stipulated to voluntarily dismissing with prejudice any and all claims asserted against Defendants Lawrence DeYapp and Jose Luis Gallegos on February 3, 2017. (Doc. 52).

    WHEREFORE, Plaintiff and Defendants request entry of an order dismissing Defendants Lawrence DeYapp and Jose Luis Gallegos with prejudice consistent with the parties' stipulation.

Respectfully submitted,

SANCHEZ LAW GROUP, LLC


**/s/ Daniel J. Sanchez**
Daniel J. Sanchez, Esq.
Daniel A. Sanchez, Esq.
*Attorneys for Plaintiff*
620 Roma, NW
Albuquerque, NM  87102
(505) 553-0466
djsanchezesq@gmail.com
dansanchez911@gmail.com


YENSON, ALLEN & WOSICK, P.C.

**/s/ Robert W. Becker**
Robert W. Becker, Esq.
*Attorney for Defendants Board of County*
*Commissioners for Rio Arriba County,*
*Rio Arriba County, Larry DeYapp and*
*Jose Luis Gallegos*
4908 Alameda Blvd NE
Albuquerque, NM  87113-1736
(505) 266-3995
rbecker@ylawfirm.com


BRENNAN & SULLIVAN, P.A.


**/s/ James P. Sullivan**
James P. Sullivan, Esq.
Christina L. Brennan, Esq.
Frank D. Weissbarth, Esq.
*Attorneys for Defendant Orlando Ulibarri*
128 E. De Vargas Street
Santa Fe, NM  87501-2702
(505) 995-8514
jamie@brennsull.com
christina@brennsull.com
frank@brennsull.com