IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RHIANNON MONTOYA,

    Plaintiff,

vs.                               Cause No. 1:16-CV-00253 JCH/GBW

BOARD OF COUNTY COMMISSIONERS FOR
RIO ARRIBA COUNTY, RIO ARRIBA COUNTY
and LARRY DeYAPP, JOSE LUIS GALLEGOS
and ORLANDO ULIBARRI, in their individual
and official capacity,

    Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANTS LAWRENCE DEYAPP AND JOSE LUIS GALLEGOS

    THIS MATTER having come before the Court on the parties' joint motion to dismiss Defendants Lawrence DeYapp and Jose Luis Gallegos with prejudice, said claims against these Defendants having been voluntarily dismissed with prejudice via a stipulation of dismissal on February 3, 2017 (Doc. 52).

    IT IS THEREFORE ORDERED that all claims against Defendants Lawrence DeYapp and Jose Luis Gallegos shall be dismissed with prejudice, and they are hereby terminated as party defendants on the Court's docket.

                                                      THE HONORABLE JUDITH C HERRERA
                                                      UNITED STATES DISTRICT COURT JUDGE

Submitted by:

SANCHEZ LAW GROUP, LLC


**/s/ Daniel J. Sanchez**
Daniel J. Sanchez, Esq.
Daniel A. Sanchez, Esq.
620 Roma, NW
Albuquerque, NM  87102
(505) 553-0466
djsanchezesq@gmail.com
dansanchez911@gmail.com
*Attorneys for Plaintiff*


YENSON, ALLEN & WOSICK, P.C.

**/s/ Robert W. Becker**
Robert W. Becker, Esq.
4908 Alameda Blvd NE
Albuquerque, NM  87113-1736
(505) 266-3995
rbecker@ylawfirm.com
*Attorney for Defendants Board of County Commissioners for Rio Arriba County, Rio Arriba County, Larry DeYapp and Jose Luis Gallegos*


BRENNAN & SULLIVAN, P.A.


**/s/ James P. Sullivan**
James P. Sullivan, Esq.
Christina Louise Brennan, Esq.
Frank D. Weissbarth, Esq.
128 E. De Vargas Street
Santa Fe, NM  87501-2702
(505) 995-8514
jamie@brennsull.com
christina@brennsull.com
frank@brennsull.com
*Attorneys for Orlando Ulibarri*

2